JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN JACKSON,<br>　　　　　Plaintiff,<br>　　v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>　　　　　Defendant. | NO. EDCV 19-1955-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 23, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE